287 F.2d 883
 J. L. PUTMAN, Jr., et al.,
v.
HARDWARE MUTUAL CASUALTY COMPANY.
 No. 6555.
 United States Court of Appeals Tenth Circuit.
 Jan. 27, 1961.
 
 Gus Rinehart, Oklahoma City, Okl., and Austin R. Deaton, Jr., Ada, Okl., for appellants.
 John D. Cheek, Oklahoma City, Okl., and Albert W. Trice, Ada, Okl., for appellee.
 Before HUXMAN, PICKETT and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed January 27, 1961, pursuant to stipulation.